# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

DAVID YARDE,
    Plaintiff,

v.                                                                     CA. No. 16-455-JJM-PAS

DEPUTY WARDEN KETTLE, et al.
    Defendants.

## **JUDGMENT**

    This action came to be heard before the Court and a decision has been rendered. Upon consideration whereof, it is now hereby ordered, adjudged and decreed as follows:

    Pursuant to this Court's Order entered on November 29, 2018, the judgment is hereby entered dismissing the Plaintiff's Complaint (ECF No. 1) in accordance with Fed. R. Civ. P. 58.

    It is so ordered.


November 29, 2018                        By the Court:

                                                       /s/ Hanorah Tyer-Witek.
                                                       Clerk of Court